the street was too slight to charge the defendant with negligence.

SPRING and KRUSE, JJ., dissent.

In re MILLS et al. (Supreme Court, Appellate Division, First Department. January 21, 1910.) In the matter of S. Frederick Mills and others. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

MILLS, Respondent, v. KAMPFE et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 21, 1910.) Action by Annie L. Mills against Otto Kampfe and others. No opinion. Motion for leave to appeal to the Court of Appeals denied, without costs. See, also, 119 N. Y. Supp. 903.

MILLSTONE, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 19, 1910.) Action by Samuel J. Millstone against the New York Central & Hudson River Railroad Company. No opinion. Judgment affirmed, with costs.

MINTZER v. MECHANICS' & TRADERS' BANK et al. (Supreme Court, Appellate Division, Second Department. January 21, 1910.) Action by Barnet Mintzer against the Mechanics' & Traders' Bank and Samuel Lieberman, interpleaded.

PER CURIAM. Judgment of the Municipal Court reversed, and new trial ordered, costs to abide the event, upon the grounds that the court had no power to dismiss the complaint on the merits before defendant rested, that plaintiff made a "prima facie" case, and that judgment could not have been rendered for the defendant, in the absence of evidence establishing defendant's right to the money.

MITCHELL v. DUNMORE REALTY CO. (Supreme Court, Appellate Division, First Department. January 28, 1910.) Action by Donald Mitchell against the Dunmore Realty Company. No opinion. Motion granted. Questions certified. Order filed. See, also, 119 N. Y. Supp. 1135; 120 N. Y. Supp. 771.

MITCHELL, Respondent, v. MURRAY, Appellant, et al. (Supreme Court, Appellate Division, First Department. December 24, 1909.) Action by Donald Mitchell against John L. Murray, impleaded. N. Heinsheimer, for appellant. H. A. Sperry, for respondent.

PER CURIAM. Order modified, by striking out all clauses in the order as to the particulars to be furnished, except the first, third, fourth, twelfth, and fourteenth, and, as so modified, affirmed, without costs. Settle order on notice. See, also, 126 App. Div. 829, 111 N. Y. Supp. 322.

MIXER et al., Respondents, v. SCHWAGER & NETTLETON, Inc., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 26, 1910.) Action by Knowlton Mixer and others against Schwarger & Nettleton, Incorporated. No opinion. Judgment affirmed, with costs.

MOE, Respondent, v. THOMAS McNALLY CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 21, 1910.) Action by John M. Moe against Thomas McNally Company.

PER CURIAM. Motion to dismiss the appeal from the order of December 18th granted. Motion relating to the orders of March 3d and July 29th denied, but the validity of the orders and the right of the appellant to disclaim them will be considered on the argument of the appeal.

In re MOESER (four cases). McLAUGHLIN v. MOESER. (Supreme Court, Appellate Division, First Department. January 14, 1910.) In the matter of George Moeser. Action by Thos. J. McLaughlin against George Moeser. No opinions. Motions granted, with $10 costs in each case. Orders filed. See, also, 129 App. Div. 912, 114 N. Y. Supp. 1138; 133 App. Div. 898, 118 N. Y. Supp. 1125; 119 N. Y. Supp. 1135.

MOORE, Respondent, v. ROCHESTER RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. December 8, 1909.) Action by Martin M. Moore against the Rochester Railway Company. No opinion. Motion for reargument denied. Motion for leave to appeal to Court of Appeals granted. See, also, 119 N. Y. Supp. 97.

MOORE, Respondent, v. TAYLOR, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 26, 1910.) Action by Thomas Moore against Charles F. Taylor, as surviving partner of the firm of Charles F. Taylor & Co.

PER CURIAM. Judgment and orders affirmed, with costs. See, also, 131 App. Div. 924, 115 N. Y. Supp. 1132.

McLENNAN, P. J., and KRUSE, J., dissent.

MOSES, Appellant, v. SOULE, Respondent. (Supreme Court, Appellate Division, Third Department. December 30, 1909.) Action by Joseph Moses, as receiver of the property of J. Lebenheim & Sons Company, a corporation, against Henry C. Soule. No opinion. Judgment (63 Misc. Rep. 203, 118 N. Y. Supp. 410) unanimously affirmed, with costs, on the ground that every person affected by the mortgage consented thereto.

MULLIN, Respondent, v. GENESEE COUNTY ELECTRIC LIGHT, POWER & GAS CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 19, 1910.) Action by John Mullin against the Genesee County Electric Light, Power & Gas Company.

PER CURIAM. Judgment and order affirmed, with costs.

WILLIAMS and ROBSON, JJ., dissent.